IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL NO. 4:25-CR-26 |
| DONQERIOUS KING,<br>Defendant. | : VIOLATION(S):<br>: 18 U.S.C. § 922(o)<br>: 18 U.S.C. § 924(a)(2)<br>: 18 U.S.C. § 924(d)(1)<br>: 28 U.S.C. § 2461(c) |

**THE GRAND JURY CHARGES:**

## COUNT ONE
### (Illegal Possession of a Machine Gun)

On or about January 10, 2024, in the Columbus Division of the Middle District of Georgia and elsewhere within this Court's jurisdiction,

**DONQERIOUS KING,**

did knowingly possess a machinegun, that is, a firearm modified to shoot more than one shot, without manual reloading, by a single function of the trigger, to wit: a Glock, Model: 19, 9x19mm caliber pistol, Serial Number: BPGZ800, equipped with a "Glock Switch," which is designed and intended solely and exclusively for use in converting a weapon into a machinegun, in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

## FORFEITURE NOTICE
### (18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) - Criminal Forfeiture)

1. The allegation contained in Count One of this Indictment is hereby re-alleged and incorporated by reference into this Notice for the purpose of alleging forfeiture to the United States of America, pursuant to the provisions of Title 18, United States Code, Section 924(d)(1), in conjunction with Title 28, United States Code, Section 2461(c).

2.      Upon conviction of the offense(s) in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2) set forth in Count One of this Indictment, the defendant,

**DONQERIOUS KING,**

shall forfeit to the United States of America pursuant to Title 18, United States Code, Section 924(d)(1), in conjunction with Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the commission of the offense, including but not limited to the following: one (1) Glock, Model: 19, 9x19mm pistol, Serial Number: BPGZ800, equipped with a "Glock Switch," along with a fifty round magazine drum containing forty-two (42) rounds of 9mm ammunition.

3.      If any of the property subject to forfeiture, as a result of any act or omission of the defendant:

(a)     cannot be located upon exercise of due diligence;

(b)     has been transferred, sold to or deposited with, a third person;

(c)     has been placed beyond the jurisdiction of the court;

(d)     has been substantially diminished in value; or

(e)     has been commingled with other property which cannot be subdivided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), through Title 18, United States Code, Section 924(d)(1).

All pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

A TRUE BILL.

*s/ Foreperson of the Grand Jury*
FOREPERSON OF THE GRAND JURY

WILLIAM R. KEYES
UNITED STATES ATTORNEY

Presented By:

Veronica Hansis
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this 11th day of September, AD 2025.

Deputy Clerk

3